NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ORTIZ & ASSOCIATES CONSULTING, LLC,**
*Plaintiff-Appellant*

**v.**

**VIZIO, INC.,**
*Defendant-Appellee*

---

2024-1783

---

Appeal from the United States District Court for the Northern District of Texas in No. 3:23-cv-00791-N, Judge David C. Godbey.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Ortiz & Associates Consulting, LLC's unopposed motion for leave to file a corrected reply brief, ECF No. 24-1,

IT IS ORDERED THAT:

The motion is granted to the extent that within seven days from the date of filing of this order, Ortiz & Associates Consulting is directed to file a corrected reply brief with the citation correction indicated in ECF No. 24-1 and containing an accurate Certificate of Compliance including the applicable word count for the corrected reply brief.

FOR THE COURT

Jarrett B. Perlow
Clerk of Court

December 9, 2024
Date