# United States Court of Appeals for the Federal Circuit

---

**ORTIZ & ASSOCIATES CONSULTING, LLC,**
*Plaintiff-Appellant*

**v.**

**VIZIO, INC.,**
*Defendant-Appellee*

---

2024-1783

---

Appeal from the United States District Court for the Northern District of Texas in No. 3:23-cv-00791-N, Judge David C. Godbey.

---

## JUDGMENT

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED**

FOR THE COURT

December 17, 2025
Date

Jarrett B. Perlow
Clerk of Court